# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. MICHAEL MORENO

Docket No. 3:01CR00214(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Moreno who was sentenced to 30 months' incarceration for a violation of 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute and Distribution of Cocaine Base, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on July 12, 2002, who fixed the period of supervision at 5 years which commenced on November 12, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the U.S. Probation Office; and 2) The defendant will participate in a program of substance abuse monitoring, counseling and treatment as directed by the U.S. Probation Office. Supervision is projected to expire on November 11, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1 - Mandatory Condition:** "The defendant shall not commit another federal, state or local offense."

On December 7, 2006, Mr. Moreno was arrested by the Plainville, Connecticut Police Department and charged with Breach of Peace 2nd Degree (Class B Misdemeanor) and Criminal Trespass 1st Degree (Class A Misdemeanor). Mr. Moreno was released on a $500 bond for a court appearance on December 18, 2006 at Superior Court in Bristol, Connecticut.

According to police incident reports, Plainville officers were summoned to the Sliders Sports Bar at 88 New Britain Avenue by the bar's manager on a report that two male patrons were refusing the leave the establishment. Upon arrival, the police officers noticed Mr. Moreno shouting at bar employees as they were escorting him out. Mr. Moreno was told by the police to keep his mouth shut and come outside. He continued to yell at the employees until he was physically escorted out of the bar by the police officers. The manager of the bar then advised police that Mr. Moreno and a companion, Patryk Kornas, were making rude comments to a female bartender and were "mouthing off" to the manager. Mr. Moreno and Mr. Kornas were asked to leave. Mr. Moreno refused, telling the manager he would "spit in his face" and saying "I will knock you out mother fucker." The bar manager reported that Mr. Moreno then "became violent and pushed the manager in the chest with his elbow" which caused the manager to fall backward. Mr. Moreno was reportedly asked to leave the bar at least twelve times with no results.

This behavior constitutes Mr. Moreno's third arrest related to conduct at a bar since commencing supervised release. He was previously arrested for Breach of Peace 2nd Degree on February 5, 2005, for an incident outside Club 290 in Plainville. The charge was later nolled. On June 7, 2006, Mr. Moreno was convicted of Threatening 2nd Degree and received a 6-month suspended sentence and one-year conditional discharge. This conviction was based on an incident that occurred on December 6, 2005, at the Kitchen Café in Newington, Connecticut.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Michael Moreno to appear before this court at Hartford, Connecticut on **January 24, 2007 at 11:00 a.m.**, to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ___5th___ day of __JAN.__, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny/
Chief United States District Judge

Sworn to By _____
Sandra L. Hunt
United States Probation Officer

Place __Hartford, CT__

Date __January 5, 2007__

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 5th day of January at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny/
Chief United States District Judge