# UNITED STATES DISTICT COURT FILED

## DISTRICT OF

-----------------------------------------CONNECTICUT-----------------------------------------

2001 FEB -8 P 1: 29

U.S. DISTRICT COURT
HARTFORD, CT.

## APPEARANCE

Case Number: 3:01 CR214(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:
THE DEFENDANT IN THE CASE OF THE UNITED STATES OF AMERICA V.
MORENO, MICHAEL

I certify that I am admitted to practice in this court.

2-8-07
Date

Signature

FRANK T. CANACE   CT20288
P.O. BOX 332
PLANTSVILLE CT 06479
(860) 518-2951 (PHONE)
(860) 628-0817 (FACSIMILE)